Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

08 JUL 17 AM 11: 09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ECL___
                                    DEPUTY

MARPESSA, INC., a California
corporation, Plaintiff,

vs

MKT LICENCIAMENTOS, LTDA,
aka MKT LINCENCIAMENTOS,
LTDA, a Brazilian Corporation;
PISTACHE CONFECCOES, LTDA,
a Brazilian corporation;

Defendants.

**SUMMONS IN A CIVIL ACTION /**

Case No. **'08 CV 1283 BEN POR**

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Timothy P. Dillon, Esq.
Dillon & Gerardi, APC
4660 La Jolla Village Drive, Suite 775
San Diego, CA 92122

    An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____        _____
W. Samuel Hamrick, Jr.                   **JUL 17 2008**

CLERK                                    DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)