# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of California

Case Number: 08 CV 1283 BEN POR

Plaintiff:
MARPESSA, INC., a California corporation

vs.

Defendant:
MKT LICENCIAMENTOS, LTDA, aka MKT LINCENCIAMENTOS, LTDA, a Brazilian Corporation; PISTACHE CONFECCOES, LTDA, a Brazilian corporation;

For:
Timothy P. Dillin, Esq.
DILLON & GERARDI, APC.
4660 La Jolla Village Drive
Suite 775
San Diego, CA 92122

Received by Metro Process Service, Inc. on the 18th day of July, 2008 at 9:00 am to be served on **PISTACHE CONFECCOES, LTDA, 1901 Convention Center Drive, Miami Beach, FL 33139**.

I, Jesus Guerra, do hereby affirm that on the **22nd day of July, 2008 at 10:30 am, I:**

served the within named corporation a true copy of the **Summons In A Civil Action and 20 Day/Complaint** with the date and hour of service endorsed thereon by me to **ROSANA LARA** as **DIRECTOR** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendan't corporation does not keep a registered agent present or a sign posted in the office in some conspicuous place designating the name of the corporation **PISTACHE CONFECCOES, LTDA** and the name of it's registered agent on whom process may be served as required by Florida Statute, Section 48.091.

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Jesus Guerra
C.P.S #935

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL  33130
(305) 374-7387
Our Job Serial Number: 2008003790

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f