1  Timothy P. Dillon (SBN 190,839)
   Nadya Y. Spivack (SBN 222,595)
2  Dillon & Gerardi, APC
3  4660 La Jolla Village Drive, Suite 775
   San Diego, CA 92122
4  Telephone: (858) 587-1800
   Facsimile: (858) 587-2587
5
6  Attorneys for Marpessa, Inc.

7  Lynda J. Zadra-Symes (SBN 156, 511); ljs@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
8  2040 Main Street, Fourteenth Floor
9  Irvine, CA 92614
   Telephone: (949) 760-0404
10 Facsimile: (949) 760-9502

11 John W. Holcomb (SBN 172,121); john.holcomb@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
12 3403 Tenth Street, Suite 700
13 Riverside, CA 92501
   Telephone: 951-781-9231
14 Facsimile: 949-760-9502

15 Attorneys for MKT Licenciamentos, LTDA
   aka MKT Lincenciamentos, LTDA,
16 and Pistache Confeccoes, LTDA

17

18             UNITED STATES DISTRICT COURT
19             SOUTHERN DISTRICT OF CALIFORNIA
20
   MARPESSA, INC., a California corporation:   ) Case No.: 08 CV 1283 BEN POR
21                                              )
      Plaintiff,                                ) **JOINT MOTION TO ENLARGE TIME**
22                                              ) **FOR DEFENDANTS TO ANSWER OR**
   v.                                           ) **OTHERWISE RESPOND TO**
23                                              ) **PLAINTIFF'S COMPLAINT**
                                                )
24 MKT LICENCIAMENTOS, LTDA, aka                )
   MKT LINCENCIAMENTOS, LTDA, a                 ) JUDGE: Hon. Roger T. Benitez
25 Brazilian Corporation;                       ) CTRM: 3
   PISTACHE CONFECCOES, LTDA, a                 )
26 Brazilian corporation;                       )
                                                )
27    Defendants.                                )
                                                )
28 _____)

                                    1                        08 CV 1283 BEN POR
   JOINT MOTION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER OR
           OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1    The parties hereto jointly stipulate to the following:

2    WHEREAS, on July 17, 2008, Plaintiff filed the instant Complaint against Defendants, MKT LICENCIAMENTOS, LTDA, aka MKT LINCENCIAMENTOS, LTDA, a Brazilian corporation ("MKT") and PISTACHE CONFECCOES, LTDA, a Brazilian corporation ("PISTACHE");

5    WHEREAS, on or about July 22, 2008, Defendants MKT and PISTACHE were personally served through their authorized representative in Miami, such that Defendants' responsive pleading would be due on or before August 11, 2008;

8    WHEREAS, Defendants MKT and PISTACHE are in the process of retaining local counsel and Local Rule 12.1 provides that parties may stipulate to extend the time within which to answer or otherwise respond to an initial complaint by approval of the Court;

11   WHEREAS, the Parties mutually desire an extension of time up through and including September 12, 2008 for Defendants to file a responsive pleading to Plaintiff's Complaint;

13   Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff and Defendants, through their respective attorneys of record, as follows:

- Defendants, MKT and PISTACHE, were properly served on July 22, 2008 through their authorized representative and Defendants shall not contest any matter related to the appropriateness of service of process;
- Defendants, MKT and PISTACHE, shall have through and including September 12, 2008 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated: August 11, 2008

DILLON & GERARDI APC

Timothy P. Dillon, Esq.,
Attorney for, Plaintiff, Marpessa, Inc.

Dated: August 11, 2008

KNOBBE, MARTENS, OLSON & BEAR

Lynda J. Zadra-Symes, Esq.,
Attorney for Defendants, MKT Licenciamentos, LTDA aka MKT Lincenciamentos, LTDA and Pistache Confeccoes, LTDA

JOINT MOTION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

5772118
081108

JOINT MOTION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT