FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARPESSA, INC., a California corporation: | ) Case No.:  08 CV 1283 BEN POR |
| Plaintiff, | ) **ORDER GRANTING JOINT MOTION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| MKT LICENCIAMENTOS, LTDA, aka MKT LINCENCIAMENTOS, LTDA, a Brazilian Corporation; PISTACHE CONFECCOES, LTDA, a Brazilian corporation; | ) [DOC. NO. 5] |
| Defendants. | |

On July 17, 2008, Plaintiff Marpessa, Inc. filed a Complaint against Defendants, MKT LICENCIAMENTOS, LTDA, aka MKT LINCENCIAMENTOS, LTDA, a Brazilian corporation ("MKT") and PISTACHE CONFECCOES, LTDA, a Brazilian corporation ("PISTACHE"). On August 11, 2008, both parties moved for an extension of time for Defendants to respond to the Complaint. (Doc. No. 5). Good cause having been shown, the Court **GRANTS** the parties' request. The Defendants shall have until September 12, 2008 to respond to Plaintiff's Complaint.

Dated: August 15, 2008

/s/ _____
Honorable ~~Robert~~ T. Benitez
United States District Judge
Roger